IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 80769-2-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| CHRIS ANN WICKHAM, | ) | |
| | ) | |
| Appellant. | ) | |

PER CURIAM — Chris Wickham appeals the judgment and sentence imposed following her conviction for felony driving under the influence. She contends that the trial court waived all discretionary legal financial obligations (LFOs), but that the judgment and sentence requires her to pay the costs of supervision by the Department of Corrections (DOC). The State concedes that this condition should be stricken because Wickham was indigent, and the sentencing court clearly intended to impose only mandatory legal financial obligations. See State v. Lundstrom, 6 Wn. App. 2d 388, 396 n.3, 429 P.3d 1116 (2018) (costs of supervision are discretionary); State v. Dillon, 12 Wn. App. 2d 133, 152, 456 P.3d 1199 (2020) (striking DOC supervision fee where "[t]he record demonstrate[d]

that the trial court intended to impose only mandatory LFOs").  We accept the

State's concession, and remand to the trial court to strike the supervision fee.

Andrus, A.C.J.